```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA

                      Alexandria Division
```

| | | |
|---|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:07cv446 (JCC) |
| MANASSAS DONUT INCORPORATED, et al., | ) ) ) | |
| Defendants. | ) | |

### **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiffs' Motion to Strike Defendants' Jury Demand and Any Claim for Punitive Damages is GRANTED; and

(2) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

```
January 8, 2008              _____/s/_____
Alexandria, Virginia                   James C. Cacheris
                             UNITED STATES DISTRICT COURT JUDGE
```